# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED MINE WORKERS OF AMERICA )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY )<br>)<br>Respondent )<br>) | No. 24-1142 |

## PETITION FOR REVIEW

United Mine Workers of America, AFL-CIO, hereby petitions this Court, pursuant to Rule 15 of the Federal Rules of Appellate Procedure and Section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1), to review the final agency action by respondent United States Environmental Protection Agency entitled "New Source Performance Standards for Greenhouse Gas Emissions From New, Modified, and Reconstructed Fossil Fuel-Fired Electric Generating Units; Emission Guidelines for Greenhouse Gas Emissions From Existing Fossil Fuel-Fired Electric Generating Units; and Repeal of the Affordable Clean Energy Rule," published in the Federal Register at 89 Fed. Reg. 39798 on May 9, 2024.

Respectfully submitted on this 20th day of May, 2024.

Eugene M. Trisko
Law Offices of Eugene M. Trisko
P.O. Box 330133
Atlantic Beach, FL 32233
(301) 639-5238
emtrisko7@gmail.com

*Counsel for Petitioner*
*United Mine Workers of America*

# RULE 26.1 CORPORATE DISCLOSURE STATEMENT OF UNITED MINE WORKERS OF AMERICA

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure ("FRAP") and Rule 26.1 of the Local Rules of this Court, the United Mine Workers of America ("UMWA") hereby states:

1) UMWA is a non-profit national labor organization with headquarters in Triangle, Virginia;

2) UMWA's members are active and retired miners engaged in the extraction of coal and other minerals in the United States and Canada, and workers in other industries in the United States organized by the UMWA;

3) UMWA provides collective bargaining representation and other membership services on behalf of its members

4) UMWA is affiliated with the American Federation of Labor-Congress of Industrial Organizations;

5) UMWA has no parent companies, subsidiaries, or affiliates that have issued shares or debt securities to the public.

Respectfully submitted this 20th day of May, 2024.

*[signature: E. Trisko]*

Eugene M. Trisko
Law Offices of Eugene M. Trisko
P.O. Box 330133
Atlantic Beach, FL 32233
(301) 639-5238
emtrisko7@gmail.com

*Counsel for Petitioner*
*United Mine Workers of America*

CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing Petition for Review and Rule 26.1 Statement to be served by U.S. Mail, postage prepaid, addressed to the following:

Hon. Michael S. Regan
Office of the Administrator (1101A)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Hon. Merrick Garland
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Correspondence Control Unit
Office of General Counsel (2310A)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Hon. Todd Kim
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Dated: May 20, 2024

                                              Eugene M. Trisko
                                              *Counsel for United Mine Workers of America*